IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-538-WKW |
| | ) |
| UNITED PARCEL SERVICE, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28U.S.C. § 636(b)(1), this case is referred to Honorable Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 20th day of June, 2006.

          /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE