RECEIVED

2006 OCT 16  A 11: 37

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In the United States District Court for The Middle District of Alabama
_____ Division

Tracy Debose Lampkin

V.                                1:06-CV-00538-WKW

United Parcel Service

TO: The Honorable Judge

From: Tracy Debose Lampkin

RE: Lampkin v. UPS 1:06-cv-00538-WKW

Date: October 16, 2006

Honorable Judge I am asking for an extension on Case 1:06-cv-00538-WKW. I have made allegations against United Parcel Service. I filed my papers on June 16, 2006 the attorney who was giving me advice has been out of the country but has returned. I have been speaking with his secretary and she informed me that he is overwhelmed. I called the Clerks office to see if I can come up and pay another three hundred and fifty dollars and I was told to come up and file for an extension. I stand firmly on my allegations and have no doubt what has happen to me. I have followed all of UPS guide lines and precedures and nothing has change - lower seniority employees are still being promoted over me.

I have to find another attorney and my hundred and twenty days are up I thought this attorney was going to come and file my summons and he never showed up. I don't want my case to be thrown out. I am still pursuing this case. I am asking kindly and I Thank you and respect your decussion

Sincerely

Tracey Debose Lampkin
165 Trapper Ridge
Cottonwood, AL 36320

334-691-7272
334-791-7793