IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv538-WKW |
| | ) |
| UNITED PARCEL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the October 16, 2006, motion for an extension of time to serve the defendant (doc. # 3) filed by the plaintiff. The plaintiff asserts that she believed an attorney was going to file the summons necessary to serve the complaint on the defendant, but she needs additional time to "find another attorney." The complaint was filed *pro se* on June 16, 2006. Regardless of whether the plaintiff is able to retain counsel, it is now time for the court to move this case forward even if the plaintiff must proceed *pro se*. Accordingly, upon consideration of the motion for an extension of time, and for good cause, it is

ORDERED that the motion for an extension of time (doc. # 3) be and is hereby GRANTED to the extent that the plaintiff is granted thirty (30) days, until November 20, 2006, to serve the defendant and secure counsel. The plaintiff is specifically cautioned that if the defendant is not served on or before November 20, 2006, the court will recommend that this case be dismissed.

Done this 19th day of October, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE