IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TRACY DEBOSE LAMPKIN,          )
                               )
        Plaintiff,             )
                               )
v.                             )        CIVIL ACTION NO.  1:06cv538-WKW
                               )
UNITED PARCEL SERVICE,         )
                               )
        Defendant.             )

## ORDER

The complaint in this case was filed *pro se* on June 16, 2006.  To date, the defendant has not been served.  *See* FED. R. CIV. P. 4(m).  On October 16, 2006, the plaintiff filed a motion for an extension of time to serve the defendant (doc. # 3).  At that time, the plaintiff asserted that she believed an attorney was going to file the summons necessary to serve the complaint on the defendant, but she needed additional time to "find another attorney."  The court granted the plaintiff's motion for an extension of time and gave her thirty (30) days, until November 20, 2006, to serve the defendant and secure counsel.  The plaintiff was advised that, regardless of whether she was able to retain counsel, it is now time for the court to move this case forward even if the plaintiff must proceed *pro se*.  The defendant has not been served, *see* FED. R. CIV. P. 4(m), and the plaintiff has filed nothing in response to the orders of the court.  Accordingly, it is

ORDERED that on or before December 27, 2006, the plaintiff shall show cause why this case should not be dismissed for want of prosecution.  *See* FED. R. CIV. P. 4(m).

**The plaintiff is specifically advised that if she fails to file a response as required by this order, the court will treat her failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this action be dismissed.**

Done this 13th day of December, 2006.

_____/s/Charles S. Coody_____

CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE