12-27-06

In The United States District Court
For The Middle District Of Alabama
Southern Division

RECEIVED
2006 DEC 27 A 10: 38
P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Tracy Debose Lampkin, | } |
| Plaintiff | } |
| | } Civil Action No. 1:06cv538-WKW |
| V. | } |
| United Parcel Service | } |
| Defendant | } |

I Tracy Lampkin thank you for your time and consideration. I have been pursuing

Different attorneys and it is hard. My letter today is who, what, when and where.

I was discriminated at United Parcel from 2003 until now. I have followed all of my

Procedures and chain of command. Searching for attorneys is not easy. Where I live

We don't have many attorneys that deal with discrimination cases. I have presented

My documentation to a attorney in Georgia and I am waiting on a response. I have

Told the attorney all what I have done as for as the filing of my case.

Tracy Debose Lampkin

*Tracy D Lampkin*