IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TRACY DEBOSE LAMPKIN,          )
                               )
       Plaintiff,              )
                               )
v.                             )     CIVIL ACTION NO.  1:06cv538-WKW
                               )
UNITED PARCEL SERVICE,         )
                               )
       Defendant.              )

**ORDER**

The complaint in this case was filed *pro se* on June 16, 2006.  To date, the defendant has not been served.  *See* FED. R. CIV. P. 4(m).  The plaintiff has been given several opportunities to properly serve the defendant.  Accordingly, it is

ORDERED that the plaintiff shall have until January 31, 2007 to perfect service upon the defendant.  If the plaintiff fails to perfect service on the defendant on or before January 31, 2007, pursuant to FED. R. CIV. P. 4(m), the court will dismiss this action.

Done this 28th day of December, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE