AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Tracy Debose Lampkin   v.   United Parcel Service
c/o The Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06 cv 538-WKW

TO: (Name and address of Defendant)

United Parcel Service
C/o The Corporation
2000 Interstate Park Dr. Ste 204
Montgomery, Al 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tracy Debose Lampkin
165 Trapper Ridge         pro se
Cottonwood, AL 36320
334-791-7793

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              1/29/07
_____          _____
CLERK                                                          DATE

_____
(By) DEPUTY CLERK