**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery: 1/31/07

1. Article Addressed to:

United Parcel Service
C/o The Corporation
2000 Interstate Park Dr. Ste 204
Montgomery, AL 36109

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

1:06CV538
S+C

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0003 0506 8075

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540