AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Tracy Debose Lampkin    V. United Parcel Service    **SUMMONS IN A CIVIL ACTION**
c/o The Corporation

CASE NUMBER: 1:06 cv 538-WKW

TO: (Name and address of Defendant)

United Parcel Service
C/o The Corporation
2000 Interstate Park Dr. Ste 204
Montgomery, Al 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tracy Debose Lampkin
165 Trapper Ridge
Cottonwood, AL 36320 pro se
334-791-7793

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK                                    1/29/07
_____                _____
(By) DEPUTY CLERK                        DATE



**CT**
a Wolters Kluwer business

CT
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

334 387 7680 tel
334 387 7682 fax
www.ctlegalsolutions.com



RECEIVED
2007 FEB -6  A 9: 50

January 31, 2007

Tracy Debose Lampkin
165 Trapper Ridge,
Cottonwood, AL  36320

Re:  Tracy Debose Lampkin, Pltf. vs. United Parcel Service, Dft.
Case No.  1:06 CV 538

Dear Sir/Madam:

After checking our records and the records of the State of AL, it has been determined that The Corporation Company is not the registered agent for an entity by the name of United Parcel Service.

Accordingly, we are returning the documents received from you.

Very truly yours,

Shannon Robertson

Shannon Robertson


Log# 511863063

Fed Ex Tracking # 7985 9750 1910