# UNITED STATES DISTRICT COURT

Middle District of Alabama

Tracy Debose Lampkin

V.

United Parcel Service

*Alias*

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:06-cv-00538-WKW

TO: (Name and address of Defendant)

United Parcel Service
c/o Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tracy Debose Lampkin
165 Trapper Ridge
Cottonwood, AL 36320 pro se
334-791-7793

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*, Clerk

*[signature]* Austin, Deputy Clerk

2/7/07