**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the ~~~~~

United Parcel Service
c/o The Corporation
2000 Interstate Park Dr. Ste 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  L. Tanner                    ☐ Agent
                               ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

                                    2-8-07

address different from item 1?  ☐ Yes
er delivery address below:      ☐ No

06cv538
Lias Sumt Cmp

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from servi          7005 0390 0003 0506 8068

PS Form 3811, February 2004        Domestic Return Receipt          102595-02-M-1540