IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  1:06cv538-WKW |
| | ) |
| UNITED PARCEL SERVICE, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby set for a status and scheduling conference on March 8, 2007, at 1:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The plaintiff is advised that if she fails to appear as required by this order, the court will treat the plaintiff's failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this action be dismissed.

Done this 22nd day of February, 2007.

                                              /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE