RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DISTRICT

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| v. | ) NO: 1:06-CV-538-WKW |
| U.S. POSTAL SERVICE | ) |
| Defendant, | ) |

## NOTICE OF APPEARANCE OF COUNSEL FOR THE PLAINTIFF

COMES NOW, **Crystal M. James** and give notice of Appearance that she is entering her Appearance of Counsel on behalf of the Plaintiff.

All future notices and pleadings directed to the Plaintiff in this matter should be sent to the above named counsel at the address shown below:

8451 S. Cherokee Blvd.
Suite F
Douglasville, GA 30134
770-489-9898 (voice)
770-489-5602 (fax)

Respectfully Submitted This 27th Day of February, 2007

_____
CRYSTAL JAMES, Esq.
Attorney for Plaintiff
Georgia Bar # 515292

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**SOUTHERN DISTRICT**

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) |
| v. | ) NO: 1:06-CV-538-WKW |
| | ) |
| U.S. POSTAL SERVICE | ) |
| | ) |
| Defendant, | ) |
| | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this 19th day of February served the Entry of Appearance with the Clerk of Court and to the following attorneys of record via U.S. Postal Service at the following addresses:

Baxley, Dillard, Dauphin, McKnight & Barclift
William Joseph Baxley
bbaxley@bddmc.com
Donald Randolph James, Jr.
rjames@bddmc.com
2008 Third Avenue South
Birmingham, AL 35233
Phone: 205-271-1100
Fax: 205-271-1108

(Signature on Following Page)

Submitted this 27th Day of February 2007.

                                                                                   *[signature]*
CRYSTAL JAMES, Esq.
Attorney for Plaintiff
Georgia Bar # 515292