IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY DEBOSE LAMPKIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 06-538-WKW |
| | ) | |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF UNITED PARCEL SERVICE, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Civil Miscellaneous Order Number 3047, Defendant United Parcel Service, Inc. (incorporated in Ohio), incorrectly named in the complaint as United Parcel Service, advises the Court that it is owned by United Parcel Service, Inc. (incorporated in Delaware), which is publically traded on the New York Stock Exchange under the ticker symbol UPS.

Respectfully submitted,

BAXLEY, DILLARD, DAUPHIN, MCKNIGHT
& BARCLIFT

William J. Baxley
Donald R. James, Jr.
2008 Third Avenue South
Birmingham, Alabama 35233
(205) 271-1100

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing on all counsel of record by placing a true and correct copy of same in the United States Mail, postage prepaid and properly addressed on this the 1st day of March, 2007.

Crystal M. James, Esquire
8451 S. Cherokee Blvd., Suite F
Douglasville, Georgia 30134

                                                                          OF COUNSEL