IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv538-WKW |
| | ) |
| UNITED PARCEL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On February 28, 2007, counsel filed a notice of appearance on behalf of the plaintiff. (Doc. # 16.) Accordingly, it is

ORDERED as follows:

(1) The order setting a status and scheduling conference for March 8, 2007, (Doc. # 15) be and is hereby VACATED.

(2) The status and scheduling conference set for March 8, 2007, be and is hereby CANCELLED.

Done this 1st day of March, 2007.

                                                  /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE