

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **LISA HELEN CASSILLY, State Bar No. 116030,** was duly admitted to practice in said Court on August 17, 1987, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 1st day of March, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *Jamee Holland*
Jamee Holland
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, )<br>)<br>Plaintiff )<br>)<br>) CIVIL ACTION NO.<br>v. ) 1:06-CV-538-WKW<br>)<br>UNITED PARCEL SERVICE )<br>C/O THE CORPORATION )<br>)<br>Defendant. )<br>_____) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing

**MOTION TO APPEAR AS COUNSEL PRO HAC VICE** by United States Mail with

adequate first class postage affixed thereon, addressed as follows:

    Chrystal M. James, Esquire
    8451 S. Cherokee Blvd., Suite F
    Douglasville, GA 30134

This 5th day of March, 2007.

                                        _____
                                        Donald R. James