IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TRACY DEBOSE LAMPKIN,<br><br>   Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE<br>C/O THE CORPORATION<br><br>   Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO.<br>) 1:06-CV-538-WKW<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO APPEAR AS COUNSEL PRO HAC VICE

Pursuant to M.D. Ala. LR 83.1(b), M.D. Ala., Mark T. DeLoach respectfully moves for entry of an order permitting his appearance *pro hac vice* as counsel for Defendant United Parcel Service, Inc. ("UPS") in this action.

In support of this motion, movant states the following:

1. Mark T. DeLoach submits that he is a resident of Georgia and is a member in good standing of the State Bar of Georgia. Mr. DeLoach is admitted to practice before the following courts: The United States District Court for the Northern District of Georgia.

2. Mr. DeLoach's Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached as Exhibit A to this motion, and a check payable to the Clerk of the Court is enclosed for his appearance fee.

3. The undersigned counsel have designated William J. Baxley and Donald R. James of the law firm of Baxley, Dillard, Dauphin, McKnight, & Barclift of Birmingham, Alabama, as local counsel. Mr. Baxley and Mr. James have entered their appearances in this case on behalf of Defendant UPS.

4. Movant states that he is familiar with, has read, and will be governed in this special appearance by the Local Rules of this Court.

WHEREFORE, Mark T. DeLoach respectfully requests that the Court enter an order permitting his appearance *pro hac vice* for the purpose of representing Defendant UPS in this case.

Respectfully submitted, this 2nd day of March, 2007.

_____
Mark T. DeLoach
Georgia Bar No. 141880
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000
Fax No. (404) 881-7777

_____
William J. Baxley (BAX 001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN,
McKNIGHT & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: 205-939-0995
Fax No.: 205-271-1108

Attorneys for Defendant United Parcel Service, Inc.

LEGAL02/30278164v1