

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        }
                                } ss.
NORTHERN DISTRICT OF GEORGIA    }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **MARK THOMAS DELOACH, State Bar No. 141880,** was duly admitted to practice in said Court on May 23, 2005, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 1st day of March, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06-CV-538-WKW |
| ) | |
| UNITED PARCEL SERVICE ) | |
| C/O THE CORPORATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing **MOTION TO APPEAR AS COUNSEL PRO HAC VICE** by United States Mail with adequate first class postage affixed thereon, addressed as follows:

    Chrystal M. James, Esquire
    8451 S. Cherokee Blvd., Suite F
    Douglasville, GA 30134

This 5th day of March, 2007.

_____
Donald R. James

LEGAL02/30278164v1