RECEIVED
MAR - 2 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DISTRICT

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) |
| v. | ) NO: 1:06-CV-538-WKW |
| | ) |
| U.S. POSTAL SERVICE | ) |
| | ) |
| Defendant, | ) |
| | ) |

### Motion to Appear Pro Hoc Vice

COMES NOW, **Crystal M. James** and give sets forth her Motion Appear Pro Hoc Vice as Counsel on behalf of the Plaintiff.

1.

Counsel was retained on January 26, 2007 to assist Ms. Lampkin in the above titled case.

**WHEREFORE,** Attorney James prays for the following relief :

1. That Attorney Crystal James be permitted to appear as counsel of record in the present matter Pro Hoc Vice pursuant to local rule 83.1 B (b);

(signature on following page)



SCANNED
C8 3207

1

Respectfully Submitted This 27th Day of February, 2007

_____
CRYSTAL JAMES, Esq.
Attorney for Plaintiff
Georgia Bar # 515292

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## <u>SOUTHERN DISTRICT</u>

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) |
| v. | ) NO: 1:06-CV-538-WKW |
| | ) |
| U.S. POSTAL SERVICE | ) |
| | ) |
| Defendant, | ) |
| | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this 19th day of February served the Motion to Appear Pro Hoc Vice with the Clerk of Court and to the following attorneys of record via U.S. Postal Service at the following addresses:

Baxley, Dillard, Dauphin, McKnight & Barclift
William Joseph Baxley
bbaxley@bddmc.com
Donald Randolph James, Jr.
rjames@bddmc.com
2008 Third Avenue South
Birmingham, AL 35233
Phone: 205-271-1100
Fax: 205-271-1108

(Signature on Following Page)

3

Submitted this 27th Day of February 2007.

                                                                        _____
                                                                        CRYSTAL JAMES, Esq.
                                                                        Attorney for Plaintiff
                                                                        Georgia Bar # 515292



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**           }
                                       } ss.
**NORTHERN DISTRICT OF GEORGIA**       }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **CRYSTAL M. JAMES, 515292,** was duly admitted to practice in said Court on November 1, 2004 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 16th day of February, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk