IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>SOUTHERN DISTRICT</u>

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) |
| v. | ) NO: 1:06-CV-538-WKW |
| | ) |
| U.S. POSTAL SERVICE | ) |
| | ) |
| Defendant, | ) |
| | ) |

<u>Order</u>

It is hereby ordered that the Motion to Appear Pro Hoc Vice in this court is hereby granted.

Signed this the _____ day of _____, 2007.

_____
Honorable Judge Charles S. Coody

1