IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv538-WKW |
| ) | |
| UNITED PARCEL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is Attorney Lisa H. Cassilly's motion to appear pro hac vice (doc. # 20) and Attorney Mark T. DeLoach's motion to appear pro hac vice (doc. # 21) filed on March 5, 2007. Upon consideration of the motions and for good cause, it is

ORDERED that the motions (docs. # 20 & 21) be and are hereby GRANTED. Attorneys Cassilly and DeLoach shall file notices of appearance with this court.

Done this 6th day of March, 2007.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE