IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN,            ) | |
|            ) | |
|     Plaintiff,            ) | |
|            ) | |
| v.            ) | CIVIL ACTION NO.  1:06cv538-WKW |
|            ) | |
| UNITED PARCEL SERVICES, INC.,            ) | |
|            ) | |
|     Defendant.            ) | |

**ORDER**

Now pending before the court is Attorney Crystal M. James' motion to appear pro hac vice (doc. # 22) filed on March 2, 2007.  Upon consideration of the motion and for good cause, it is

ORDERED that the motion (doc. # 22) be and is hereby GRANTED.

Done this 7th day of March, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE