IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY DEBOSE LAMPKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-538-WKW |
| | ) | |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is ORDERED that the order referring this case to the Magistrate Judge (Doc. # 2) is VACATED.

DONE this 22nd day of March, 2007.

                                        /s/  W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE