IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY DEBOSE LAMPKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-538-WKW |
| | ) | |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion to Amend Complaint (Doc. # 25), it is ORDERED that the motion is GRANTED. In accordance with Rule 15(a) of the Federal Rules of Civil Procedure, the defendant shall file its Answer **on or before April 5, 2007.**

DONE this 22nd day of March, 2007.

　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE