## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Lampkin v. United Parcel Service

Case Number:  1:06-cv-00538-WKW

Referenced Docket Entry - *** Doc. 33

The referenced docket entry was electronically  with  ERROR  on ***April 5, 2007***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because the wrong PDF was attached.  Please DISREGARD this docket entry. See doc. 34 for correction.