IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TRACY DEBOSE LAMPKIN,       )
                                     )
      Plaintiff,           )
                                     )
      v.                  )      CASE NO. 1:06-cv-538-WKW
                                     )
UNITED PARCEL SERVICE,        )
                                     )
      Defendants.       )

## <u>BRIEFING ORDER</u>

For any motions to remand, motions to dismiss, motions for judgment on the pleadings, and motions for summary judgment filed in this case, it is ORDERED that:

1.      The movant shall file its brief and any evidentiary submission simultaneously with the filing of the dispositive motion.

2.      The opponent's **response brief** and any evidentiary submission shall be **due 21 days after the date the motion is filed.**

3.      The movant's **reply brief**, if any, shall be **due 14 days after the date the response is filed.**

4.      The motion shall be under submission on the due date of the reply brief.  Unless the court determines that a hearing is necessary or helpful, at which time a date will be set, the court will determine the motion without oral argument upon submission.

5.      Briefs in support of or in opposition to any motion generally **should not exceed 25 pages.**  In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section and any sub-sections may be found.

6.     The parties are required to submit or mail a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.

7.     For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the paper courtesy copy shall be **bound in a three-ring binder and tabbed.**

8.     Any discussion of evidence in a brief must include the specific reference, by name or document number and by page and line, to where the evidence can be found in the supporting evidentiary submission or in any document filed with the court.

9.     Failure to comply strictly with this Order for all future filings may result in the striking of the filing or other appropriate sanctions.

DONE this 10th day of April, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE