IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06-CV-538-WKW |
| ) | |
| UNITED PARCEL SERVICE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## REPORT OF PARTIES RULE 26(f) CONFERENCE

1. <u>Appearances</u>.  Pursuant to Fed. R. Civ. P. 26(f), a telephone meeting was held on April 25, 2007.  Taking part in the telephone meeting were intriguing

   Crystal M. James for Plaintiff

   Mark T. DeLoach for Defendant

2. <u>Pre-Discovery Disclosures</u>.  The parties will exchange by May 9, 2007, the information required by Federal Rule of Civil Procedure 26(a)(1).

3. <u>Discovery Plan</u>.  The parties jointly propose to the Court the following discovery plan:

   a. Discovery will be needed on the following subjects:

   1. All information pertaining to Plaintiff's claims and damages;

   2. All information pertaining to Defendant's defenses.

   b. All discovery must be commenced in time to be completed by September 28, 2007.

   c. There will be a maximum of 20 interrogatories by each party to any other party.  Responses to interrogatories will be due 30 days after service in accordance with

- 2 -

Fed. R. Civ. P. 33(b)(3). The parties agree that all Rule 33 interrogatories must be served so that a response will be due prior to the close of the discovery period.

    d. There will be a maximum of 15 requests for production of documents by each party to any other party. The responses will be due 30 days after service, in accordance with Fed. R. Civ. P. 34(b). The parties agree that all Rule 34 requests for production of documents must be served so that a response will be due prior to the close of the discovery period.

    e. There will be a maximum of 15 requests for admission by each party to any other party. The responses will be due 30 days after service, in accordance with Fed. R. Civ. P. 36(a). The parties agree that all Rule 36 requests for admissions must be served so that a response will be due prior to the close of the discovery period.

    f. The parties agree that no more than 5 depositions may be taken by a party without leave of court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g. Reports from retained experts under Rule 26(a)(2), other than reports solely to rebut evidence on the same subject matter, will be due from Plaintiff by August 17, 2007 and from Defendant by September 7, 2007.

    h. Supplementations of discovery under Rule 26(e) will be made seasonably within 60 days of discovering new information, but in no case less than 30 days before the end of the discovery period.

    4. <u>Other Items</u>.

    a. Scheduling Conference. The parties do not request a conference with the Court before entry of the Scheduling Order.

- 3 -

b. Pretrial Conference. The parties request a pretrial conference 45 days prior to trial.

c. Additional Parties, Claims, and Defenses. Plaintiff must join additional parties and amend pleadings by May 25, 2007. Defendant must join additional parties or amend pleadings by May 25, 2007.

d. Dispositive Motions. All potentially dispositive motions must be filed by October 31, 2007.

e. Settlement. Settlement and the possibility for mediation cannot be evaluated until some discovery is completed.

f. Witnesses and Exhibits. The final list of witnesses and exhibits under Rule 26(a)(3) should be due:

> From Plaintiff 30 days prior to trial.
>
> From Defendant 30 days prior to trial.

The parties shall have 14 days after service of the final lists of trial evidence to list objections under rule 26(a)(3).

g. Trial Date: The parties request that the Court not schedule this matter for trial until after it rules on any dispositive motions filed by the parties. In the event that no dispositive motions are filed, the parties agree that the case should be ready for trial by January 14, 2008 and is expected to take approximately 2-3 days.

*[Signatures on Following Page]*

- 4 -

Dated:  April 25, 2007        s/Crystal M. James
                              Crystal M. James
                              Georgia Bar No. 515292
                              CRYSTAL JAMES & ASSOCIATES, LLC
                              8451 S. Cherokee Blvd., Suite F
                              Douglasville, GA 30134
                              Tel. No. (770) 489-9898
                              Fax No. (770) 489-5602

                              **Attorney for Plaintiff**

Dated:  April 25, 2007        s/Mark T. DeLoach
                              Lisa H. Cassilly
                              Georgia Bar No. 116030
                              Mark T. DeLoach
                              Georgia Bar No. 181440
                              ALSTON & BIRD LLP
                              1201 West Peachtree Street
                              Atlanta, Georgia 30309-3424
                              Tel. No. (404) 881-7000
                              Fax No. (404) 881-7777

                              William J. Baxley (BAX 001)
                              Donald R. James, Jr. (JAM016)
                              BAXLEY, DILLARD, DAUPHIN
                              & McKNIGHT
                              2008 3rd Avenue South
                              Birmingham, Alabama 35233
                              Tel. No.: (205) 939-0995
                              Fax No.:  (205) 271-1108

                              **Attorneys for Defendant**