IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

TRACY DEBOSE LAMPKIN,                  )
                                       )
            Plaintiff                  )
                                       )      CIVIL ACTION NO.
v.                                     )      1:06-CV-538-WKW
                                       )
UNITED PARCEL SERVICE                  )
C/O THE CORPORATION                    )
                                       )
            Defendant.                 )
_____)

### MARK T. DELOACH'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND JEREMY TUCKER'S NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT

COMES NOW Mark T. DeLoach and, pursuant to Local Rule 83.1, moves for permission to withdraw his appearance and to have his name stricken as attorney of record for Defendant in this action and COMES NOW Jeremy Tucker and, pursuant to Local 83.1, files his notice of appearance to substitute as counsel for Defendant, showing as follows:

1.      The reason for Mr. DeLoach's request is that he is resigning from the law firm of Alston & Bird, LLP effective June 15, 2005.

2.      Lisa H. Cassilly, William J. Baxley and Donald R. James, Jr will remain as counsel for Defendant. All future pleadings and notices to be served upon Defendant shall be directed to Lisa H. Cassilly, William J. Baxley and Donald R. James at address on record for each.

3.      Additionally, Jeremy Tucker, who is admitted to practice in Alabama, enters his appearance on behalf of Defendant and requests that all future pleadings and notices to be served upon Defendant also be directed to him at the address indicated below.

4.      This Motion is brought prior to pretrial and at a time that will not cause a delay in the trial of the case.

5.      Mr. DeLoach's withdrawal does not alter the Court's jurisdiction of the action.

6.      Defendant consents to Mr. DeLoach's withdrawal and Mr. Tucker's appearance.

Therefore, for the foregoing reasons, Mark T. DeLoach requests that the Court enter an ORDER granting his permission to withdraw his appearance and to have his name stricken as attorney of record for Defendant.  Additionally, Jeremy Tucker asks that the Court enter an ORDER recognizing his appearance and substitution as counsel for Defendant.

Respectfully submitted this 14th day of June, 2007.

**s/Mark T. DeLoach**
Mark T. DeLoach
Georgia Bar No. 141881
Email:  mark.deloach@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
404-881-7000

**s/Jeremy Tucker**
Jeremy Tucker (TUC 037)
Email:  jeremy.tucker@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

TRACY DEBOSE LAMPKIN,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff　　　　　　　)
　　　　　　　　　　　　　　　　　)　　　CIVIL ACTION NO.
v.　　　　　　　　　　　　　　　　)　　　1:06-CV-538-WKW
　　　　　　　　　　　　　　　　　)
UNITED PARCEL SERVICE　　　　　　)
C/O THE CORPORATION　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　)
_____)

ORDER

Upon receiving and considering Mark T. DeLoach's Motion to Withdraw as Counsel for

Defendant and Jeremy Tucker's Notice of Appearance as Counsel for Defendant IT IS HEREBY

ORDERED that Mark T. DeLoach be stricken from the record as counsel for Defendant in this

action and that Jeremy Tucker be substituted as counsel for Defendant in this action.

This _____ day of _____, 2007.

_____
Honorable W. Keith Watkins
United States District Court Judge

LEGAL02/30409737v1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

TRACY DEBOSE LAMPKIN,      )
                           )
            Plaintiff      )
                           )        CIVIL ACTION NO.
v.                         )        1:06-CV-538-WKW
                           )
UNITED PARCEL SERVICE      )
C/O THE CORPORATION        )
                           )
            Defendant.     )
_____)

## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing MARK T. DELOACH'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND JEREMY TUCKER'S NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT with the Clerk of Court using the CM/ECF system which will send electronic notification to:

Crystal M. James
Crystal James & Associates, LLC
8451 S. Cherokee Blvd., Suite F
Douglasville, GA 30134
jamesllc@bellsouth.net

This 14th day of June, 2007.

s/Mark T. DeLoach
Mark T. DeLoach
Georgia Bar No. 141880
ALSTON & BIRD LLP
1201 West Peachtree Street

- 4 -