**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TRACY DEBOSE LAMPKIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:06-cv-538-WKW** |
| | ) | |
| **UNITED PARCEL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

The motion to withdraw of Mark T. DeLoach (Doc. # 41) is GRANTED.

DONE this 21st day of June, 2007.

<u>      /s/   W.  Keith Watkins      </u>
UNITED STATES DISTRICT JUDGE