January 4, 2007

# NOTICE OF NON-COMPLIANCE

**To: ALL COUNSEL OF RECORD**

**Case Style:** Lampkin v. United Parcel Service

**Case Number:** 1:06-cv-00538-WKW

**Referenced Pleading:** Discovery

**Docket Entry Number:** 43-46

The referenced pleading was electronically filed on \*\*\*7/10/07 \*\*\*\* in this case and is not in compliance with the local rules and/or administrative procedures of this court.

**\*\*\*\*\*\*This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket. Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.**