IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN,            ) | |
| )  | |
| Plaintiff                        ) | |
| )  | CIVIL ACTION NO. |
| v.                               ) | 1:06-CV-538-WKW |
| )  | |
| UNITED PARCEL SERVICE            ) | |
| )  | |
| Defendant.                       ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this 19th day of July electronically filed served the Plaintiff's Request for Admissions, Plaintiff's First Continuing Interrogatories to Defendant, and Request for Production of Documents and Things with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record and actually documents will sent via US Postal Certified Mail:

Lisa H. Cassilly
Alston & Brid LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424


William J. Baxley
Donald James, Jr.
Baxley, Dillard, Dauphin, McKight & Barclift

1

2008 3rd Avenue South
Birmingham, AL 35233

Submitted this <u>19th</u> Day of July 2007

_____
CRYSTAL JAMES, Es.
Attorney for Plaintiff
Georgia Bar # 515292

2