IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06-CV-538-WKW |
| ) | |
| UNITED PARCEL SERVICE, INC, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION TO EXTEND DISCOVERY AND ASSOCIATED DEADLINES

Plaintiff Tracy Debose Lampkin and Defendant United Parcel Service, Inc. jointly move the Court to extend by sixty (60) days the discovery period in this case and the associated deadlines. The parties have been diligently pursuing discovery, but additional time is needed given scheduling conflicts, ongoing exchanges of written discovery, and Plaintiff's counsel's recent unavoidable leave of absence. Moreover, Plaintiff is working to locate and produce documents responsive to Defendant's discovery requests, which may necessitate further depositions once the documents are produced.

For all of these reasons, the Parties respectfully request that the Court extend by sixty (60) days the discovery period and associated deadlines, including the deadline to file any dispositive motions.

Respectfully submitted this 10th day of September, 2007.

*[ signatures on following page ]*

LEGAL02/30520000v1

Respectfully submitted this

/s/ Crystal M. James
Crystal M. James
Georgia Bar No. 515292
CRYSTAL JAMES & ASSOCIATES, LLC
8451 S. Cherokee Blvd., Suite F
Douglasville, GA 30134
Tel. No. (770) 489-9898
Fax No. (770) 489-5602
**Attorney for Plaintiff**


/s/ Jeremy D. Tucker
Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker
Georgia Bar No. 142484
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000
Fax No. (404) 881-7777


William J. Baxley (BAX 001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
& McKNIGHT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.: (205) 271-1108

**Attorneys for Defendant**

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06-CV-538-WKW |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that I have filed this date the foregoing JOINT MOTION TO EXTEND DISCOVERY AND ASSOCIATED DEADLINES with the Clerk of Court using the CM/ECF system, which will send electronic notification to:

Crystal M. James
Crystal James & Associates, LLC
8451 S. Cherokee Blvd., Suite F
Douglasville, GA 30134
jamesllc@bellsouth.net

This 10th day of September, 2007.

Jeremy D. Tucker

- 3 -

LEGAL02/30520000v1