## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-538-WKW |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Joint Motion to Extend Discovery and Associated Deadlines (Doc. # 52), it is ORDERED that the motion is GRANTED. The Court's Uniform Scheduling Order (Doc. # 40) is amended as follows:

**SECTION 1.** The pretrial conference is continued from December 7, 2007 to **April 21, 2008.** The trial is continued from January 7, 2008 to **May 19, 2008** in Dothan, Alabama.

**SECTION 2.** Dispositive motions shall be filed no later than **November 13, 2007.**

**SECTION 7.** All discovery shall be completed on or before **January 2, 2008.**

DONE this 13th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE