## ATTACHMENT C
### Documents to support claims in Plaintiff's possession

1. Application for Employment
2. Resumes
3. Employee History Profile
4. Promotion letter of interest
5. Annual Salary increase form
6. Grievance Report
7. UPS Policy Handbook
8. Affidavit of Sylvester Williams
9. Performance Evaluations
10. Job Description
11. Salary Increase Information
12. Promotion opportunities during Plaintiff's employment
13. Annulalized Impact of Salary Increase
14. Notice of Right to Sue