IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED PARCEL SERVICE, INC, )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO.<br>1:06-CV-538-WKW |

**MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

Defendant United Parcel Service, Inc. respectfully moves the Court to extend the dispositive motion deadline in this case given UPS's inability to obtain Plaintiff's responses to UPS's written discovery requests and Plaintiff's documents. UPS is contemporaneously filing with this Motion a motion to compel Plaintiff's discovery responses and document production. As discussed in UPS's motion to compel, UPS has diligently pursued discovery in this action and has commenced Plaintiff's deposition, which could not be concluded because Plaintiff testified to the existence of numerous documents which have never been produced. Despite having been granted an extension of time, Plaintiff has refused to respond to UPS's interrogatories and document requests and has failed to produce all the documents regarding her claims that she has testified to having in her possession.

The deadline for submission of dispositive motions in this case is rapidly approaching, and UPS has spent a great deal of time during the discovery period attempting to obtain Plaintiff's cooperation before seeking the Court's assistance. Because of the delay caused by Plaintiff's failure to fully cooperate in discovery, UPS respectfully requests that the Court extend

- 2 -

the dispositive motion deadline to thirty (30) days after Plaintiff provides her discovery responses and document production.

Respectfully submitted this 25th day of October, 2007.

s/ Jeremy D. Tucker
Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker
Georgia Bar No. 142484
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000
Fax No. (404) 881-7777

William J. Baxley (BAX 001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
& McKNIGHT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.: (205) 271-1108

**Attorneys for Defendant**

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06-CV-538-WKW |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that I have filed this date the foregoing MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE with the Clerk of Court using the CM/ECF system, which will send electronic notification to:

    Crystal M. James
    Crystal James & Associates, LLC
    8451 S. Cherokee Blvd., Suite F
    Douglasville, GA 30134
    jamesllc@bellsouth.net

This 25th day of October, 2007.

                                      s/ Jeremy D. Tucker
                                      Jeremy D. Tucker