IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL ACTION NO. 1:06cv538-WKW |
| UNITED PARCEL SERVICE, | ) ) ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's motion to compel (doc. # 54). Upon consideration of the motion, and for good cause, it is

ORDERED that on or before November 15, 2007, the plaintiff shall show cause why the motion should not be granted. It is further

ORDERED that this matter be and is hereby set for oral argument on November 19, 2007, at 2:00 p.m. This proceeding shall be conducted by telephone conference. The defendant shall set up the telephone conference.

Done this 30th day of October, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE