IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRACY DEBOSE LAMPKIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-538-WKW |
| ) | |
| **UNITED PARCEL SERVICE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Motion to Extend Dispositive Motion Deadline (Doc. # 55), it is ORDERED that the motion is GRANTED. Dispositive motions shall be filed no later than **December 21, 2007.**

DONE this 30th day of October, 2007.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE