IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06-CV-538-WKW |
| ) | |
| UNITED PARCEL SERVICE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this 26th day of November electronically filed served the Plaintiff's Reponses to the Defendant's First Continuing Interrogatories, and Request for Production of Documents and Things with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record and actual documents will be sent via US Postal Certified Mail:

Lisa H. Cassilly
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

(Signature on following page)

Submitted this <u>26th</u> Day of <u>November </u>2007.

                                                   _____
                                                   CRYSTAL JAMES, Esq.
                                                   Attorney for Plaintiff
                                                   Georgia Bar # 515292