IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TRACY DEBOSE LAMPKIN,           )
                                )
         Plaintiff,             )
                                )
v.                              )     CIVIL ACTION NO.  1:06cv538-WKW
                                )
UNITED PARCEL SERVICE,          )
                                )
         Defendant.             )

**ORDER**

Now pending before the court is the defendant's motion to compel (doc. # 54).  The

court held oral argument on the motion on November 19, 2007.  Upon consideration of the

motion, and for the reasons as stated in open court, it

ORDERED that the motion to compel (doc. # 54) be and is hereby GRANTED. It is

further

ORDERED that the motion for sanctions be and is hereby DENIED.

Done this 12th day of December, 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE