IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06-CV-538-WKW |
| ) | |
| UNITED PARCEL SERVICE, INC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant United Parcel Service, Inc. ("UPS") files this Motion for Summary Judgment on all of Plaintiff's claims asserted against it in this action. In support of its motion, UPS relies on the following: Defendant's Memorandum of Law in Support of its Motion for Summary Judgment, Defendant's Evidentiary Appendix in Support of its Motion for Summary Judgment, and all evidence of record. For the reasons set forth in the accompanying Memorandum of Law, Defendant requests that the Court grant its Motion for Summary Judgment and dismiss Plaintiff's claims with prejudice.

Respectfully submitted this 21st day of December 2007.

s/ Jeremy D. Tucker
Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
Georgia Bar No. 142484
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Office: 404-881-7000
Fax: 404-881-7777

LEGAL02/30642870v1

- 2 -

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.:  (205) 271-1108

**Attorneys for Defendant
United Parcel Service, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06-CV-538-WKW |
| ) | |
| UNITED PARCEL SERVICE, INC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I have filed this date the foregoing DEFENDANT'S MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system, which will send electronic notification to:

>Crystal M. James
>Crystal James & Associates, LLC
>8451 S. Cherokee Blvd., Suite F
>Douglasville, GA 30134
>jamesllc@bellsouth.net

This 21st day of December, 2007.

>s/ Jeremy D. Tucker
>Jeremy D. Tucker

LEGAL02/30642870v1