IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY DEBOSE LAMPKIN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06-CV-538-WKW |
| | ) | |
| UNITED PARCEL SERVICE, INC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S INDEX OF EVIDENCE IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT**

In support of its contemporaneously filed Motion for Summary Judgment, UPS submits

the following evidentiary exhibits:

A.  Transcript of the Deposition of Plaintiff Tracy Debose Lampkin and Exhibits;

B.  Declaration of Jeff Poulter.

Respectfully submitted this 21st day of December 2007.

s/ Jeremy D. Tucker
Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
Georgia Bar No. 142484
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Office: 404-881-7000
Fax: 404-881-7777

- 2 -

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.:  (205) 271-1108

**Attorneys for Defendant
United Parcel Service, Inc.**

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TRACY DEBOSE LAMPKIN,                    )
                                         )
            Plaintiff                    )
                                         )      CIVIL ACTION NO.
v.                                       )      1:06-CV-538-WKW
                                         )
UNITED PARCEL SERVICE, INC,              )
                                         )
            Defendant.                   )
_____    )

## CERTIFICATE OF SERVICE

        I certify that I have filed this date the foregoing DEFENDANT'S INDEX OF

EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, including

exhibits, with the Clerk of Court using the CM/ECF system, which will send electronic

notification to:


        Crystal M. James
        Crystal James & Associates, LLC
        8451 S. Cherokee Blvd., Suite F
        Douglasville, GA 30134
        jamesllc@bellsouth.net


This 21st day of December 2007.



                                        s/ Jeremy Tucker
                                        Jeremy Tucker (TUC037)