IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN,   )<br>                             )<br>         Plaintiff    )<br>                             )<br>v.                          )<br>                             )<br>UNITED PARCEL SERVICE, INC,  )<br>                             )<br>         Defendant.   )<br>_____) | CIVIL ACTION NO.<br>1:06-CV-538-WKW |

### DEFENDANT'S AMENDED INDEX OF EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

In support of its Motion for Summary Judgment, UPS submits the following evidentiary exhibits:

A. Transcript of the Deposition of Plaintiff Tracy Debose Lampkin and Exhibits (*electronically filed on December 21, 2007*);

B. Declaration of Jeff Poulter (*electronically filed on December 21, 2007*); and

C. Declaration of Ryan Brown (*electronically filed on December 26, 2007*).

Respectfully submitted this 26th day of December 2007.

s/ Jeremy D. Tucker
Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
Georgia Bar No. 142484
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Office: 404-881-7000
Fax: 404-881-7777

LEGAL02/30648963v1

- 2 -

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.: (205) 271-1108

**Attorneys for Defendant
United Parcel Service, Inc.**

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06-CV-538-WKW |
| ) | |
| UNITED PARCEL SERVICE, INC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I certify that I have filed this date the foregoing DEFENDANT'S AMENDED INDEX OF EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, including exhibits, with the Clerk of Court using the CM/ECF system, which will send electronic notification to:

> Crystal M. James
> Crystal James & Associates, LLC
> 8451 S. Cherokee Blvd., Suite F
> Douglasville, GA 30134
> jamesllc@bellsouth.net

This 26th day of December 2007.

> s/ Jeremy Tucker
> Jeremy Tucker (TUC037)

LEGAL02/30648963v1