IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 1:06-CV-538-WKW |
| | ) |
| UNITED PARCEL SERVICE, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Extend the deadline for her response to the defendant's summary judgment motion, it is ORDERED that the motion (Doc. # 64) is GRANTED. The deadline for filing the response is EXTENDED from January 11, 2008, to **January 28, 2008.** The defendant may file a reply brief **on or before February 11, 2008.**

DONE this 10th day of January, 2008.

                                            /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE