To: Cass Williams

From: Tracy Debose

Subject: Air Departure

On Tuesday November 29, 2005 Cass spoke with Ryan and myself about air departure. I understand that air must pull on time. The pull time for air is 19:50. If I have any concerns I will contact Cass or Henry immediately.

Tracy Debose
Local Sort Supervisor



To: Cass Williams

From: Tracy Debose

Subject: Left in Building

On Thursday July 30, 2005 we had a part-timer checking off package cars to make sure all cars was unloaded. We had a package car left and not checked with 18 packages on it. To prevent this from happening in the future Ryan and I will check behind all part-timers to make sure this will not happen again.

Tracy Debose
*Tracy Debose*
Local Sort Supervisor

UPS - 0052

To: Robert Icenogle
From: Tracy Debose
Subject: Customer Counter

Paige Odom came to me last week and gave me a request off sheet to be off
this past Thursday May 12, 2005. I asked Cynthia Debose about working on
this day and I did tell her I will get back with her. Cass told me today that
Paige has to report to Tammy or him if she wants to request off in the future.
I do understand this was a inconvenience for our customers. I will never
again be put in this matter not having the counter opening on time and
having customers waiting.

Tracy Debose

Local Sort Supervisor

UPS - 0053

To: Robert Icenogle
From: Tracy Debose
Subject: 27:30 Hours

I understand that I must call Robert before I go over 27:30 hours in any week. I worked 27.81 hours the week ending 5/7/2005.This will not happen again. Robert will receive a phone call from me in the future if I am approaching the time line.

Tracy Debose

Local Sort Supervisor

To: Robert Icenogle
From: Tracy Debose
Subject: Internationals


On Monday May 2, 2005 about 8:00 P.M . Jennifer Wesley came to me and told me
Movie Gallery had a incorrect invoice. I asked her are you sure did you count each
package. She told me yes she did. I went to the location were the shipment was and
looked at some of the shipment to verify the shipment I.D. number and not the entire
labels. I called Robert and he said have you verified the packages. I said yes he then gave
me Tony Cooper number and I called Tony. The next day when Tony came in he looked
At the packages and found that we had 2 domestic packages in with the internationals. In
the future to keep this from ever occurring again Jennifer and I will verify all shipments
together. We need to get with Movie Gallery on putting their shipment in the loads. I do
apologize and this will never happen again.


Tracy Debose

*Tracy Debose*

Local Sort Supervisor

To: Robert Icenogle
From: Tracy Debose
Subject: Internationals

On May2, 2005 Jennifer did not verify an international shipment of 23 packages 3 were
domestic. I instructed Jennifer to make sure to verify the packages to avoid holds on
Movie Gallery. She said she did and we had a hold on the packages and her invoice was
correct as well as the packages. Jennifer understands she is responsible for all
internationals packages being accounted for. This will not happen again and she
apologizes for any inconvenience to our customers.


                                                    Tracy Debose

                                                    Local Sort Supervisor



Jennifer Wesley *  RTS

From: Tracy Debose

Subject: Concern

A request came in last night February 3, 2005 on a HWC on 1000 Edgewood Dr. Adam King was the ECS clerk he was to pull this package and put it in ECS as HWC. This package was not pulled and the customer came in today to pick this package up we failed her in not pulling her package. I will document Adam on this matter and let him know any occurrences like this in the future will result in disciplinary action. I will OJS him again on all HWC, and Delivery Requests of any kind.

Tracy Debose
*Tracy Debose*

To: Robert Icenogle
From: Tracy Debose
Subject: Part-Timers over 5


The procedure in place for part-timers is know one go over 5 hrs unless
Henry Hall or Robert is notified. On Monday night the 24 of January we had
every one to go over five hrs due to the SCS machine. Wednesday we also
had employees over 5. Movie Gallery don't tell us if they trailers are double
stacked so therefore if they told us 2 it's actually 4 trailers we have reported
this before. We will notify Henry Hall before anyone go over or approach 5
hours.


                                        Tracy Debose


                                        Local Sort Supervisor

UPS - 0058

To: Robert Icenogle
From: Tracy Debose
Subject: Scanner Control Log


I understand that I must use the scanner control log every day. This is a
procedure in place for a reason we have not being using it like we should be.
There is no excuse for not checking out each scanner daily like we are
supposed to do. I will no longer let this happen I also will make sure that
Ryan is aware of this procedure as well. As of January the 20, 2005 every
scanner will be logged out.


                                        Tracy Debose

                                        Local Sort Supervisor

UPS - 0059

**To: Robert Icenogle**
**From: Tracy Debose**
**Subject: Late Air**


On November 4, 2004 we had 2 drivers to come in with late volume.
Chipley and Davis both came in late around 7:45 P.M. at this time air is
already late. You can not bring in heavy volume at this time and some
of it being international. Davis was very heavy and I made the
discussion to send Greg on he left about 8:01. It was seven letters that
needed to be processed I did not want to hold Greg any longer I know
Mike is running the airport this week and he always expresses getting
that air out on time. I also notified him to let him know we are sending a
chaser. We need to notify Chipley and get Clarence In EARLY with
all heavy volume.


**Tracy Debose**

*Tracy Debose*

**Local Sort Supervisor**

To Robert Icenogle
From: Tracy Debose
Subject: PT Over 5

On Monday October 4, 2004 Nancy Cross worked 5.42 hrs due to timecard errors from
the preload and tracking numbers. I was aware of the preload errors. I was checking the
local sort cards and notice that several of the preloaders and drivers were not coded. Jane
called Henry so she could put the right code in for the preloaders and got his voice mail
he later called back and she was over five at this time.

Tracy Debose
Tracy Debose
Local Sort Supervisor

September 13, 2004

To: Robert Icenogle
From: Tracy Debose
Subject: Air Bag Not Linked

On September 7, 2004 we had an air bag not linked to the container. Tyrone Baldwin was on air. Tyrone claims he did scan all bags he saw the green light and heard the beep. I talked with Tyrone and he understands that all bags must be initials and scanned in the present of a supervisor. Tyrone understands that any further occurrences will result in disciplinary action. I also explained to Tyrone why we must have all packages scanned and all bags linked. Tyrone assured me that this will not happen again and he will be more aware of his scanning.

Local Sort Supervisor

*Tracy Debose*

Tracy Debose

Tyrone Baldwin *Tyrone Baldwin*

To: Robert Icenogle
From: Tracy Debose
Subject: LATE UPLOAD


On Friday August 27, 2004 we a scanner not uploaded. I was not here when this happen. We have certain procedures in place to avoid this. Every night two tracking numbers is to be tracked out of each scanner. We have not been tracking from smalls but from the trailers. On this night this procedure didn't happen and we had a scanner not to upload. This scanner didn't uploaded until (3) days later. To prevent this from happening in the future we are now tracking (10) numbers from each scanner. The diad clerk and a supervisor will verify that all scanners are uploaded and turned in nightly.


                                        Local Sort Supervisor
                                        *Tracy Debose*
                                        Tracy Debose

UPS - 0063

To:       Robert Icenogle
From:     Jane Cross
Subject:  Trailer Forecasting
Date:     June 08, 2004

When I looked out the office window and saw the air trailer gone I forecasted it. The trailer had not actually pulled off the lot but had been pulled forward for packages to be off loaded on to it. As soon as I realized my mistake I brought it to Tracy's attention. In the future no trailers will be forecasted without Tracy or Ryan being in the office.

Jane Cross

To: Robert Icenogle
From: Tracy Debose
Subject: Jane Cross

On Tuesday June 8, 2004 Jane Cross informed me immediately after she realized that the air trailer was not gone that she had forecast the trailer. Jane told me she saw the air trailer leaving so she went ahead and forecasted the trailer. The trailer did not leave we had Earl to move up the trailer so we could unload Chipley feeder into our feeder this just started with this new run. I talked with Jane and documented this talk-with that she must be present with me or Ryan when forecasting any loads and the scanners must be in the cradle per Tracy Debose and Ryan Brown.

Tracy Debose

*Tracy Debose*

Nancy Cross

*Jane Cross*

UPS - 0065

June 3, 2004

To: Robert Icenogle
From: Tracy Debose
Subject: Time Out of Sequence

On Tuesday June2, 2004 we had a time out of sequence error and I can sit and tell you excuses but I will not do this. The trailer was sealed at 21:67 and I forecasted it at 21:47 my paper work is the same 21:67. I hit the wrong button. This is a careless error and it should not have happen. I know we are to send our customer the right information and this will not happen because of what I did. I will look carefully over my screen before I press the enter key. This has been a ongoing process with Departure Error and we will get this problem fixed. In order to hold my people accountable I have to step up a notch my self and I will do this. I will take care of this problem. I am aware that we can not have any errors in Departure Scans.

Tracy Debose

*Tracy Debose*

To: Robert Icenogle
From: Tracy Debose
Subject: Left In Building
Date:  May 21,2004

On Thursday night we had a package car that was not checked. The pkg car number was 654100. Tyrone Baldwin checks each car and check it off on a check sheet each night. This car was not unloaded I talked with Tyrone about this matter. We just had a talk on last Wednesday about (lib) pkgs.We are not giving our customer the right information and they are service failures. He gave me his word that he will turn over every tote box and check each car thoroughly.

Tracy Debose

*Tracy Debose*

UPS - 0067

To: Robert Icenogle
From: Tracy Debose
Subject: Time Out of Sequence

     On  Friday, March 5,2004 we had a Time Out of Sequence Error. We always go to break at 7:00 p.m. nightly so we always forecast N-1 and S-1 at 7:21 or 7:30 in hundreds 19:50 and on the report it showed 6:21.I talked with Robert and I explained to him that I did not forecast them in hundreds. I called Joel Elam and I got no answer. I came in Saturday to see if I could go back and correct this matter.  I called Montgomery and Carolyn corrected the problem. This is my fault I did not have the right tools in place to prevent this matter. I will forecast each trailer nightly until we get back on the right path with Departure Scans. I understand this is a very important matter and it can not happen again. I have a check sheet I will go by nightly with each trailer time it is to be forecasted in hundreds. If I go by this check sheet and make sure all scanners are up and downloaded this problem will not occur again.

                                                       Tracy Debose

Date:        04/07/2003

To:          Karl Jones

From:        Robert Icenogle

Subj:        Packages Left In Building


On 04/02/03 33 packages were left in a red laundry basket form the small sort of the Local sort. In order to prevent further occurrence the following procedures will be followed:


AM - In the AM all excess bags will be hung on the appropriate small bag holders to their capacity by Freeman Jackson(Porter) and James McCallister (22.3 EAM driver). All other bags left for the local sort small sort will be visually inspected to insure there are no packages left in the small bags. Excess bags from the AM will have 9 bags placed in one bag after checking for smalls by the unloaders and placed in the Night outbound load. The count will be given to the preload supervisor to annotate the number on the center statistics report at the top of the page so they can be reported to the hub by the local sort.


PM- In the PM all bags left at the end of the night in the laundry basket will be visually inspected and hung on the appropriate small bag holders. There will be no bags (Zero) left in the laundry basket by the PM. This task must be completed prior to 8:35 to make sure all smalls for Tifton have been processed prior to departure of that load. The local sort supervisors until further notice will complete the daily car check audit and building check audit to include the small sort, customer counter, clerk ECS Station and all other areas of the building to insure there are no packages left from the local sort.


Jason Jones
Henry Hall
Max Reinhardt
Tracey Debose.

To: Robert Icenogle

From: Tracy Debose

Subject: Left In Building (LIB)

April 2, 2003 a red cart was left in the building with 32 packages in it. This will not happen any more no red cart will be used for anything but RNC bags each night all bags will be sent out. I have discussed this matter with Josh Akins and Stacy Smith. I will check small sort myself, I will make sure there are no bags left with any packages in them. This will not happen again if I do what I am putting on this paper. Stacy Smith is also the small sort last look person she will inspect all bins and etc also. We as a team apologize for the 32 service failures of our customer and we will make sure this will not happen again. I am responsible for this area every night. My word is my bond.

Tracy Debose
*Tracy Debose*
Local Sort Supervisor

Reviewed by,

*S. Smith*

To: Robert Icenogle
From: Tracy Debose
Subject: Left In Building (LIB)


On Wednesday April 2, 2003 a red cart was used for all of Montgomery Hub pkgs. We were out of labels so the cart was used so we could put the packages back on the belt but instead the cart was left and the packages were not put on the belt. I did not go behind Josh or Stacy this night. I have talked with Stacy and Josh and explain how serious this is because we have failed our customers with 32 service failures and this can not happen again . The red carts are to be used for one purpose only and that is for RNC bags. They have been instructed on what to do each night in the small area. Every item over in the small area will be checked by  the small sorts and myself to prevent this from occurring again.


Tracy  Debose

*Tracy Debose*

Local Sort Supervisor

**UPS - 0071**

To: Robert Icenogle
From: Tracy Debose
Subject: IPLD Set Up


On Monday February 17,2003 I did not set up scanners like I would usually do. We had a
set up on a night box and it was actually a sunrise box. I am sorry for this mistake if I
would have sat up all scanners this would not have happen. I did not look at any scanners
to make sure everything was in order. I let each employee set up their on scanner and I
grab a scanner and did not look at it to make sure it was a sunrise scanner. To prevent this
from happening again I PCM everyone on making sure they check behind me and make
sure their scanners are sat up right. Everyday I am responsible for setting up all scanners
and this will never happen again.


                                            Tracy Debose


                                            Local Sort Supervisor


UPS - 0072

To: Robert Icenogle
From: Tracy Debose
Subject: IPLD Set Up

On Monday February 17,2003 I did not set up scanners like I would usually do. We had a
set up on a night box and it was actually a sunrise box. I am sorry for this mistake if I
would have sat up all scanners this would not have happen. I did not look at any scanners
to make sure everything was in order. I let each employee set up their on scanner and I
grab a scanner and did not look at it to make sure it was a sunrise scanner. To prevent this
from happening again I PCM everyone on making sure they check behind me and make
sure their scanners are sat up right. Everyday I am responsible for setting up all scanners
and this will never happen again.


                                                        Tracy Debose

                                                        Local Sort Supervisor

UPS - 0073

To: Robert Icenogle
From: Tracy Debose
Subject: Volume Availability

On January 2, 2003 we were expecting 6,500 pkgs but instead we had right at 8,500.We were told this is
what we had and cut back on staff. I always give 110% and make the right decision on my job. Tonight was
not our fault what so ever we utilize everyone we had. We could not use any drivers we had so much
volume on the belt until it would not pull we had to stop the belt and pull pkgs off the belt so what do you
do we did right. We called Mark we did what we were told to do we utilize everyone we had. We made it
happen the only thing that killed use was  we started late. We should have started at 4p.m. The first Movie
Gallery came in at 7 100% and the second 70% we were not prepared for this volume. I understand about
having more than one trailer going we did that we had that belt running and it could not take it. I wish you
could have been a fly on the wall and watching. I apologize for not calling you but I did call Mark and we
did our best.

Tracy Debose

*Tracy Debose*

Local Sort Supervisor

UPS - 0074

To: Robert Icenogle
From: Tracy Debose
Subject: Volume Availability


On January 2, 2003 we were expecting 6,500 pkgs but instead we had right at 8,500. We were told this is what we had and cut back on staff. I always give 110% and make the right decision on my job. Tonight was not our fault what so ever we utilize everyone we had. We could not use any drivers we had so much volume on the belt until it would not pull we had to stop the belt and pull pkgs off the belt so what do you do we did right. We called Mark we did what we were told to do we utilize everyone we had. We made it happen the only thing that killed use was we started late. We should have started at 4p.m. The first Movie Gallery came in at 7 100% and the second 70% we were not prepared for this volume. I understand about having more than one trailer going we did that we had that belt running and it could not take it. I wish you could have been a fly on the wall and watching. I apologize for not calling you but I did call Mark and we did our best.


                                                      Tracy Debose

                                                      *Tracy Debose*

                                                      Local Sort Supervisor

To: Robert Icenogle
From: Tracy Debose
Subject: Communication

To prevent any problems or any situations COMMUNICATION is the source. The situation we had on Wednesday December 18, 2002 was not handle correctly we had know communication what so ever. I will always make sure each Feeder Driver tractor is on the yard. I will also make sure I am communicating with Max and any other management person in any problems. I will also inform all employees we don't know unless we are informed on any situations.

Tracy Debose,

Local Sort Supervisor

UPS - 0076

To: Robert Icenogle
From: Tracy Debose
Subject: Communication


To prevent any problems or any situations COMMUNICATION is the source. The situation we had on Wednesday December 18, 2002 was not handle correctly we had know communication what so ever. I will always make sure each Feeder Driver tractor is on the yard. I will also make sure I am communicating with Max and any other management person in any problems. I will also inform all employees we don't know unless we are informed on any situations.


                                        Tracy Debose,

                                        Local Sort Supervisor

**UPS - 0077**

To: Jimmy Holcomb
From: Tracy Debose
RE: Action Plan


 On Monday April 1, 2002 we had a business meeting at the center. We discussed several things and Action Plan was one. Why I was late turning in my action plan I have know excuse. We had discussed the plans earlier at the meeting. Everything was in order all I had to do was to put it on a new action plan. I will not give you any excuses. I apologize for my tardiness and I will be more aware of my responsibilities.


                                                          Tracy Debose
                                                          *Tracy Debose*
                                                          Local Sort Supervisor

UPS - 0078

March 20, 2002

To: Robert Icenogle  Dothan Center Manger

From: Tracy Debose Local Sort Supervisor

RE : P.M.  L.I.B

    I Tracy Debose  had 5 (LIB) Left In Building packages on  3-19-02. I need to insure that my personnel  are properly checking all package cars thoroughly and hold them accountable as you are holding me accountable. I feel these procedures will drastically reduce the possibility of another occurrence of  this type.

Tracy Debose

Tracy Debose

Local Sort Supervisor

**UPS - 0079**

TALK WITHS AND MENTIONS DETAIL REPORT  03/20/02
ALL CODES
DATE RANGE: 03/01/01 - 03/20/02

```
NAME:     BURCHETT,G                    HIRE DATE: 04/02/01
ADDRESS:                                PHONE:       1800-000-0000
CITY:                                   STATE: 00  ZIP: 0000000000
```

|          |      |      | Stroke | Key  |         |
|----------|------|------|--------|------|---------|
| Date     | Code | Type | Count  | Ent. | Remarks |
| ----     | ---- | ---- | ------ | ---- | ------- |
| 04/02/01 | 84   | MEN  | 1      |      |         |
| 05/08/01 | 70   | MEN  | 1      |      |         |
| 05/28/01 | 22   | MEN  | 1      |      |         |
| 09/03/01 | 22   | MEN  | 1      |      |         |
| 09/07/01 | 26   | MEN  | 1      |      |         |
| 09/14/01 | 84   | MEN  | 1      |      |         |
| 10/11/01 | LT   | MEN  | 1      |      |         |
| 10/19/01 | 21   | MEN  | 1      |      |         |
| 11/06/01 | 84   | MEN  | 1      |      |         |
| 12/06/01 | LT   | MEN  | 1      |      |         |
| 12/10/01 | LT   | MEN  | 1      |      |         |
| 12/24/01 | 21   | MEN  | 1      |      |         |
| 12/25/01 | 22   | MEN  | 1      |      |         |
| 12/31/01 | 22   | MEN  | 1      |      |         |
| 01/01/02 | 22   | MEN  | 1      |      |         |
| 01/02/02 | LT   | MEN  | 1      |      |         |
| 01/04/02 | LT   | MEN  | 1      |      |         |
| 02/01/02 | 27   | MEN  | 1      |      |         |
| 02/26/02 | LT   | MEN  | 1      |      |         |
| 03/12/02 | LT   | MEN  | 1      |      |         |
| 03/20/02 | TW   | TW   | 1      | Y    | On 3/19/02, employee was responsible for |

On 3/19/02, employee was responsible for
checking all pkg cars for outbound pkgs.  5
pkgs was found in a pkg car.  This is a serious
service failure. Future occurances of this
nature will result in futher disciplinary
action up to and including termination.
T.Debose

**UPS - 0080**

To: Robert Icenogle
From: Tracy Debose
Subject: SCS Machine

Monday I arrived at work about 4:35 and I went to set up my scanners and Looked at my
left hand corner to make sure the date is correct. I then paged down and I did notice my
create so I printed the screen. I then went to start up the sort the belt would not start so I
was side tracked until Ron Orcutt called me and asked me if I did my checklist I told him
I did and I printed it. I called the help desk and spoke with Chad and we had to run a end
of day. The beginning of day was not ran correct this morning so we will have have
arrivals error along with departure errors. If you looked at the screen every thing looked
correctly the 24 was in every left hand corner on each page. The scanners all had the right
date.

Tracy Debose

*Tracy Debose*

Local Sort Supervisor

To: Jimmy Holcomb
From: Tracy Debose
RE: Promptness

Why I will not be late any more. I hate getting in trouble and further more writing myself
up. When I took this position I did not know it came with so much. Nothing I can't
handle I love my job most people think management don't do any work they are wrong.
Promptness is very important to me and It will be the same for my job. I will be better
with turning in plans and I will get my numbers up on Revenue Recovery. I understand
everything has to be done on time and in order. Promptness is a must and being on time
with any future reports will be on time .

Tracy Debose
Tracy Debose

Local Sort Supervisor

TO: ROBERT ICENOGLE
FROM: TRACY DEBOSE
SUBJECT: PROCESS OF CALLING


Any emergency or any situation that is occurring daily on UPS grounds we are to first contact Mark Schwarz or any other full time supervisor. If we can't get in contact with Mark or any other full time supervisor then we notify Robert Icenogle of any events that is occurring at 4116 Montgomery Hwy. If I don't follow this process of calling I will be held accountable for my actions.


Tracy  Debose,

Local Sort Supervisor

UPS - 0083

TO: ROBERT ICENOGLE
From: TRACY DEBOSE
SUBJECT: DEPARTURE TIMES

It is my duty to make sure each Feeder Driver come in get the right Seal Control make sure his load is sealed and he pulls on time. Unfortunately I don't see each driver do their pre-trip of their tractor. I know some time there have been problems that have caused departure delays. I do my very best to make sure the sort is running and the drivers are pulling on time. I know each Feeder Driver must pull on time to make his/her destination on time.

Departure Times As Follows

N-1 19:28
S-1 19:28
N-2 20:22
S-2 20:22
N-3 21:28
TIF 20:47
S-3 22:30
AIR 19:50

Tracy Debose,

Local Sort Supervisor

UPS - 0084