# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style:  Lampkin v. United Parcel Service**

**Case Number:   1:06-cv-00538-WKW**

**Referenced Pleading: Response to Motion - Doc. 66**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**