IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-0538-WKW |
| | ) |
| UNITED PARCEL SERVICE, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Defendant's Motion to Strike Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. # 68), it is ORDERED that the motion is DENIED. It is further ORDERED that the defendant's alternative motion for an extension of time to file a reply brief (Doc. # 68) is GRANTED. The deadline for the defendant to reply is extended from February 11, 2008 to **February 15, 2008**.

DONE this 6th day of February, 2008.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE