IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY DEBOSE LAMPKIN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06-CV-538-WKW |
| | ) | |
| UNITED PARCEL SERVICE, INC, | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED
2008 APR 22  A 10: 11
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL

Plaintiff Tracy Debose Lampkin and United Parcel Service, Inc. jointly move the Court to continue the pretrial conference and trial date in this action. By Order dated September 13, 2007, the Court set the pretrial conference for April 21, 2008 and the trial for May 19, 2008. Thereafter, the period of time within which the Parties had to complete discovery and to submit dispositive motions was extended by Order dated October 30, 2007. The Parties completed discovery and on December 21, 2007, Defendant UPS filed its Motion for Summary Judgment on all claims by Plaintiff. Plaintiff was granted an extension of time to respond and filed her opposition papers on February 1, 2008. UPS filed its Reply Brief in Support of its Motion for Summary Judgment on February 15, 2008. In the interest of judicial economy and to allow opportunity for the Court to review and rule upon the pending dispositive motion, the Parties respectfully request that the pretrial conference be continued to a date thirty (30) days following a final ruling by the District Court on Defendant's Motion for Summary Judgment, and, if necessary, that the trial be scheduled thereafter.

Respectfully submitted this \_\_14\_\_ day of April, 2008

_/s/ Crystal M. James_  
Crystal M. James  
Crystal James & Associates, LLC  
8451 S. Cherokee Blvd., Suite F  
Douglasville, GA 30134

**Attorney for Plaintiff**

_/s/ Lisa H. Cassilly_  
Lisa H. Cassilly  
Georgia Bar No. 116030  
Jeremy D. Tucker (TUC037)  
ALSTON & BIRD LLP  
1201 West Peachtree Street  
Atlanta, Georgia 30309-3424  
Tel. No. (404) 881-7000  
Fax No. (404) 881-7777  
1201 West Peachtree Street  
Atlanta, Georgia 30309-3424

_/s/ Donald R James (by Lisa Cassilly with express permission)_  
William J. Baxley (BAX 001)  
Donald R. James, Jr. (JAM016)  
BAXLEY, DILLARD, DAUPHIN & McKNIGHT  
2008 3rd Avenue South  
Birmingham, Alabama 35233  
Tel. No.: (205) 939-0995  
Fax No.: (205) 271-1108

**Attorneys for Defendant**