IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DEBOSE LAMPKIN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-0538-WKW |
| ) | |
| UNITED PARCEL SERVICE, ) | |
| ) | |
|    Defendant. ) | |

## **ORDER**

Upon consideration of the parties' Joint Motion to Continue Pretrial Conference and Trial (Doc. # 71), it is ORDERED that the motion is GRANTED and the pretrial conference set for April 21, 2008, and the trial set for May 19, 2008, are both CONTINUED generally.

DONE this 15th day of April, 2008.

                                                /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE