**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 16, 2008

## NOTICE OF DEFICIENCY

**To:**   Crystal M. James , Lisa H. Cassilly
**From:**   Clerk's Office

**Case Style:**  Lampkin v. United Parcel Service

**Case Number:**  1:06-cv-00538-WKW

**Referenced Pleadings:**  Joint MOTION to Continue - doc. 71

The above referenced pleading was filed on 4/14/08 in accordance with amended Federal Rules of Civil Procedure 5(a).

The referenced pleadings contained a signature with notation: (with express permission) which was signed by the opposing counsel. Please send documents showing the corrected electronic signature via email to clerk or mail the pleading with original signatures on the pleading to the clerk's office.

The deficiency must be corrected within 10 days from the date of this notice.

Please submit to the Clerk's office by conventional means the above documents or via EMAIL.

**PLEASE DO NOT RE-E-FILE THESE DOCUMENTS.**